■ RICHARD CYBULSKI et al., Respondents, v BETHLEHEM STEEL CORPORATION, Appellant and Third-Party Plaintiff-Appellant. STEPHEN VALVO, Doing Business as VALVO TRANSPORT, Third-Party Defendant-Respondent. (Appeal No. 2.) [668 NYS2d 534] —Order unanimously affirmed with costs. Same Memorandum as in *Cybulski v Bethlehem Steel Corp.* (247 AD2d 915 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Gorski, J.—Summary Judgment.) Present—Denman, P. J., Pine, Hayes, Balio and Boehm, JJ.

■ LARRY POWELL, Respondent, v MIDAS REALTY CORPORATION, a Subsidiary of MIDAS INTERNATIONAL CORPORATION, et al., Appellants. [668 NYS2d 534] —Order insofar as appealed from unanimously reversed on the law without costs, cross motion granted and complaint dismissed. Memorandum: Supreme Court erred in denying defendants' cross motion for summary judgment dismissing the complaint. The return of plaintiff's deposit was sufficient to terminate the franchise application agreement under section 7A of that agreement. (Appeal from Order of Supreme Court, Chautauqua County, Ward, Jr., J.— Summary Judgment.) Present—Denman, P. J., Pine, Hayes, Balio and Boehm, JJ.